THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB MELENBACKER, Appellant, *v.* WILLIAM K. HARRISON et al., Constituting the President and Board of Trustees of the Village of Salamanca, Respondents.

*People ex rel. Melenbacker* v. *Harrison*, 123 App. Div. 914, affirmed.
(Argued April 8, 1908; decided April 24, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 13, 1908, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendants to institute condemnation proceedings to acquire certain rights and easements of relator alleged to have been destroyed by the construction of a railroad crossing.

*Henry P. Nevins* for appellant.

*Thomas L. Newton* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.